**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated,** : | **CIVIL ACTION NO.** **3:13-cv-00286 (VLB)** |
| Plaintiff, : | |
| v. : | |
| **TANGOE, INC., ALBERT R. SUBBLOIE JR., and GARY R. MARTINO,** : | |
| Defendants. : | May 10, 2013 |

## RESPONSE TO MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

Defendants Tangoe, Inc., Albert R. Subbloie, and Gary R. Martino (collectively, "Defendants") take no position either for or against the so-called Tangoe Investor Group's Motion to be Appointed as Lead Plaintiff and for Approval of its Selection of Co-Counsel (Doc. # 47). Defendants reserve all rights to contest any other motion in the case, including any motion under Rule 23 for certification of any class or determination of an adequate class representative or counsel.

**DEFENDANTS**
**By their counsel,**

**/s/ Glenn M. Cunningham**
**Glenn M. Cunningham**
**Fed. Bar No. ct09995**
**Katherine R. Husband**
**Fed. Bar No. ct28564**
**Shipman & Goodwin LLP**
**One Constitution Plaza**
**Hartford, CT 06103-1919**
**Tel. (860)251-5722**
**Fax (860)251-5218**
**gcunningham@goodwin.com**

**William H. Paine (*pro hac vice*)**
**Fed. Bar No. phv06001**
**Adam J. Hornstine (*pro hac vice*)**
**Fed. Bar No. phv06000**
**Kerry C. Tipper (*pro hac vice*)**
**Fed. Bar No. phv06002**
**Wilmer Cutler Pickering Hale and Dorr LLP**
**60 State Street**
**Boston, MA 02109**
**Tel. (617) 526-6000**
**Fax (617) 526-5000**
**William.Paine@wilmerhale.com**

## CERTIFICATE OF SERVICE

  I hereby certify that on May 10, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to the individuals listed below, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Marc I. Gross<br>Jeremy A. Lieberman<br>Pomerantz Grossman Hufford<br>Dahlstrom & Gross LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665 | Phillip Kim<br>Laurence M. Rosen<br>The Rosen Law Firm, P.A.<br>275 Madison Avenue, 34th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827 |
| Jonathan P. Whitcomb<br>Diserio, Martin, O'Connor & Castiglioni<br>One Atlantic Street<br>8th Floor<br>Stamford, CT 06901 | Henry Elstein<br>Bruce L. Elstein<br>Elstein and Elstein, P.C.<br>1087 Broad Street, Suite 400<br>Bridgeport, CT 06604 |

              **/s/ Glenn M. Cunningham**