Civil- (Dec-2008)

HONORABLE:_____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO._____

_____

vs

_____

_____

Plaintiff's Counsel

Glenn M. Cunningham

_____

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing

☐ Evidentiary Hearing       ☐ Judgment Debtor Exam

☐ Miscellaneous Hearing

☐ .....#____Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____  ☐ granted ☐ denied ☐ advisement (for this proceeding only)
☐ .....#____Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ Hearing continued until _____ at _____