CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **MARC I. GROSS**     </u>, Bar # <u>     **MG8496**     </u>

was duly admitted to practice in this Court on

<u>     **APRIL 12th, 1977**     </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>    on    <u>     **DECEMBER 20th, 2013**     </u>

<u>     Ruby J. Krajick     </u>      by  <u>     [signature]     </u>
Clerk                                    Deputy Clerk