UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TANGOE, INC., ALBERT R. SUBBLOIE JR., and GARY R. MARTINO, <br> Defendants. | Case No. 3:13-cv-00286-VLB |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of December, 2013, a true and correct copy of the Motion for Admission of Marc I. Gross, Esq. to Appear Pro Hac Vice and Certificate of Good Standing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        /s/Henry Elstein
                                        Henry Elstein (ct09614)
                                        GOLDMAN, GRUDER & WOODS, LLC
                                        105 Technology Drive
                                        Trumbull, CT 06611
                                        Telephone: 203-880-5333
                                        Facsimile: 203-880-5332
                                        helstein@goldmangruderwoods.com