UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS STEIN, ) <br> individually and on behalf of all ) <br> others similarly situated, ) <br>          Plaintiff ) <br> v. ) <br> ) <br> TANGOE, INC., ALBERT R. ) <br> SUBBLOIE JR., GARY R. ) <br> MARTINO, and GARY P. GOLDING ) <br>          Defendants. ) <br> ) | <br><br><br><br>**CLASS ACTION**<br><br>3:13-cv-00286-VLB<br><br><br><br>JANUARY 10, 2014 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

      Defendants Tangoe, Inc., Albert R. Subbloie Jr., Gary R. Martino, and Gary P. Golding (collectively, the "defendants") respectfully move this Court for an order permitting defendants to exceed the page limits established by D. Conn. L. Civ. R. 7(d) and file a sixteen (16) page Reply Brief in Support of their Motion to Dismiss.

      As grounds for this motion, defendants state as follows:

      1.    In accordance with the Court's September 27, 2012 Order (Dkt. 65), defendants intend to file a reply brief on January 17, 2014.

      2.    Pursuant to D. Conn. L. Civ. R. 7(d), all reply briefs are limited to ten (10) pages.

      3.    In order to sufficiently respond to the arguments raised in Plaintiff's Opposition to Defendants' Motion to Dismiss (Dkt. 77), and because this

1

**Honorable Court's Chambers Practices requires all pleadings be typed in Arial bold 12 point font, Defendants respectfully request an additional six (6) pages, for a total of sixteen (16) pages, for their Reply Brief.**

**4.      Defendants have conferred with counsel for Plaintiff and Plaintiff does not oppose this Motion.**

**WHEREFORE, defendants respectfully request that this Court enter an order granting Defendants leave to file a Reply Brief in Support of their Motion to Dismiss consisting of no more than sixteen (16) pages in length.**

**Respectfully submitted,**

**TANGOE, INC., ALBERT R. SUBBLOIE JR., GARY R. MARTINO, and GARY P. GOLDING**

**By their attorneys,**

**/s/ Kerry C. Tipper**
**William H. Paine,** *phv06001*
**Adam J. Hornstine,** *phv06000*
**Kerry C. Tipper,** *phv06002*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
**60 State Street**
**Boston, MA  02109**
**Tel: (617) 526-6000**
**Fax: (617) 526-5000**

**Glenn M. Cunningham**
**Fed. Bar No. ct09995**
**Katherine R. Husband**
**Federal Bar No. ct28564**
**SHIPMAN & GOODWIN LLP**
**One Constitution Plaza**
**Hartford, CT 06103-1919**
**Tel.: (860)251-5722**
**Fax: (860)251-5218**
**gcunningham@goodwin.com**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 10, 2014.

    */s/ Kerry C. Tipper*

- 3 -