# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **LEWIS STEIN** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:13-cv-00286-VLB |
| **TANGOE, INC., et al** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiff**

Date:   Jan 27, 2014

*Attorney's signature*

**Marc I. Gross**
*Printed name and bar number*

**POMERANTZ LLP**
**600 Third Avenue, 20th Floor, NY, NY 10016**
*Address*

migross@pomlaw.com
*E-mail address*

212-661-1100
*Telephone number*

212-661-8665
*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on **Jan 27, 2014**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*