**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LEWIS STEIN, Individually and on Behalf of All Other Similarly Situated** | : | |
| **V.** | : | **NO. 3:13-CV-286(VLB)** |
| **TANGOE, INC., ALBERT R. SUBBLOIE JR., GARY R. MARTINO, AND GARY P. GOLDING** | : | |

## <u>JUDGMENT</u>

**This action having come before the Court on a motion to dismiss filed by the defendants before the Honorable Vanessa L. Bryant, United States District Judge; and**

**The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting the defendants' motion; it is hereby**

**ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.**

**Dated at Hartford, Connecticut, this 30th day of September, 2014.**

**ROBIN D. TABORA, Clerk**

**By <u>/s/LL</u>**
**Loraine LaLone**
**Deputy Clerk**

**EOD: 9/30/14**